GEORGE BELLMAN, Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued December 3, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 22, 1886, which affirmed a judgment in favor
of plaintiff entered upon a verdict and reversed an order grant-
ing a motion for a new trial.

*Edward Harris* for appellant.

*Thomas Raines* for respondent.

Agree to affirm ; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

---

WILLIAM R. VINES, Respondent, *v.* ALEXANDER R. CHISHOLM,
Appellant.

(Argued December 3, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made February 16, 1888, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order
denying a motion for a new trial.

*Geo. Putnam Smith* for appellant.

*Horace E. Deming* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.